IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 22-32463-H1 |
| Maribel Soto | |
| | CHAPTER 13 |
| DEBTOR | |

## NOTICE OF SCHEDULE OF HOME MORTGAGE PAYMENTS

UNLESS AN OBJECTION IS FILED IN WRITING WITH THE CLERK OF THE COURT WITHIN 21 DAYS OF THE DATE ON WHICH THIS DOCUMENT WAS FILED AND SERVED, THE NOTICE OF SCHEDULE HOME MORTGAGE PAYMENTS WILL BE FINAL AND BINDING ON ALL PARTIES WITHOUT A HEARING AND WITHOUT FURTHER NOTICE.

Notice is hereby given that the following is a schedule of payments made to the mortgage company indicated below during the period beginning December 2021 and ending November 2022.

| Date | Check # | Mortgage Company | Amount |
|---|---|---|---|
| 11/01/2022 | 0852338 | US BANK NATIONAL ASSOCIATION | $2,688.74 |

RESPECTFULLY SUBMITTED,

/s/David G. Peake
_____
David G. Peake, Trustee
Admissions ID No. 15679500
9660 Hillcroft, Ste 430
Houston, TX  77096
(713)283-5400 Telephone
(713)852-9084 Facsimile

## **CERTIFICATE OF SERVICE**

      The undersigned does hereby certify that a true and correct copy of the foregoing was sent to all parties as listed below on December 07, 2022, either electronically or via BNC or U.S. First Class Mail.

Maribel Soto
6 N. Kaysie St.
Angleton, TX  77515

PACK LAW, P. C.
MARTIN LEE PACK
13831 NORTHWEST FREEWAY
SUITE 400
HOUSTON,  TX  77040

US BANK NA
RUSHMORE LOAN MANAGEMENT SERVICES
PO BOX 52708
IRVINE, CA  92618

/s/David G. Peake
David G. Peake, Trustee