**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE:  Maribel Soto<br>6 N. Kaysie St.<br>Angleton, TX  77515<br><br>DEBTOR | CHAPTER 13<br><br>CASE NO. 22-32463-H1 |

**NOTICE OF TRUSTEE'S**
**INTENT TO PAY CLAIMS**

    Comes now the standing Chapter 13 Trustee who would show the Court that he has examined the proofs of claim.  After such examination, the Trustee states that claims should be deemed allowed, or 'not filed' as indicated below.

    IF YOU WANT A HEARING, YOU MUST REQUEST ONE IN WRITING AND YOU MUST RESPOND SPECIFICALLY TO EACH PARAGRAPH OF THIS PLEADING.  YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT WITHIN 21 DAYS FROM THE DATE YOU WERE SERVED AND GIVE A COPY TO THE PERSON WHO SENT YOU THE NOTICE;  OTHERWISE THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT RELIEF.

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| Maribel Soto<br>6 N. Kaysie St.<br>Angleton, TX  77515 | $0.00 | DEBTOR REFUND |
| US BANK NA<br>RUSHMORE LOAN MANAGEMENT SERVICES<br>PO BOX 52708<br>IRVINE, CA  92618 | Claim Filed.<br>Ongoing amount subject to change | ON-GOING MORTGAGE (THRU PLAN)<br>ACCT: 7859<br>COMM: 9/22-8/27 |
| LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | $646.00 | UNSECURED CREDITOR<br>ACCT:  0119<br>COMM:  CREDIT CARD (CREDIT ONE BANK) |
| LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | $679.25 | UNSECURED CREDITOR<br>ACCT:  9781<br>COMM:  RETAIL (CAPITAL ONE BANK ) |
| BRAZORIA COUNTY TAX ASSESSOR<br>111 E. LOCUST<br>ANGELTON, TX  77515-4682 | $4,407.88 | TO BE PAID OUTSIDE THE PLAN<br>ACCT:  6 N KAYSIE ST<br>COMM: EST. 2022 TAXES (ESCOWED) |

CASE NO.  22-32463-H1   Maribel Soto

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| PACK LAW, P. C.<br>MARTIN LEE PACK<br>13831 NORTHWEST FREEWAY<br>SUITE 400<br>HOUSTON, TX  77040 | $1,500.00 | ATTORNEY FEES<br><br>COMM:  ATTY FEES PER PLAN - S/ORDER - 8/29/22 |
| US BANK NA<br>RUSHMORE LOAN MANAGEMENT SERVICES<br>PO BOX 52708<br>IRVINE, CA  92618 | $16,214.04 | MTG-PREPETITION ARREARS<br>ACCT:  7859<br>COMM:  MTG ARRS - 6 N. KAYSIE ST |
| CONN'S APPLIANCES CORP DBA CONN'S<br>c/o BECKET & LEE LLP<br>PO BOX 3002<br>DEPT CONN'S<br>MALVERN, PA  19355-1245 | $150.00 | SECURED CREDITOR<br>ACCT:  5070<br>COMM:  TV-MONEY LOANED-SPLIT CLM -SEE #10007 |
| LONE STAR AUTO SALES<br>327 EDGEBROOK DRIVE<br>HOUSTON, TX  77034 | $5,000.00 | MOTOR VEHICLE (POST 10/17/05)<br><br>COMM:  2013 INFINITI Q56 (PAY CL) |
| AMERICOLLECT<br>PO BOX 1566<br>MANITOWOC, WI  54221 | $0.00 | NOT FILED<br>ACCT:  9272 |
| COMENITY BANK/PALAIS ROYAL<br>ATTN:  BANKRUPTCY<br>PO BOX 182125<br>COLUMBUS, OH  43218 | $0.00 | NOT FILED<br>ACCT:  8244 |
| HEIGHTS FINANCE HOLDING CO<br>DBA COVINGTON CREDIT OF TEXAS INC<br>TX0060<br>PO BOX 1947<br>GREENVILLE, SC  29602 | $876.35 | UNSECURED CREDITOR<br>ACCT:  8797<br>COMM:  DELL DESKTOP TABLET |
| JEFFERSON CAPITAL SYSTEMS, LLC<br>16 MCLELAND<br>SAINT CLOUD, MN  56303 | $0.00 | NOT FILED<br>ACCT:  5003 |
| PORTFOLIO RECOVERY<br>120 CORPORATE BLVD<br>NORFOLK, VA  23502 | $0.00 | NOT FILED<br>ACCT:  2204 |

CASE NO.  22-32463-H1   Maribel Soto

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| VERIZON BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 4457<br>HOUSTON, TX  77210-4457 | $1,861.08 | UNSECURED CREDITOR<br>ACCT:  0001<br>COMM:  (VERIZON WIRELESS) |
| INTERNAL REVENUE SERVICE***<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $0.00 | PARTY REQUESTING NOTICE<br><br>COMM:  NOTICE ONLY |
| MILLER GEORGE & SUGGS PLLC<br>6080 TENNYSON PKWY STE 100<br>PLANO, TX  75024-6002 | $0.00 | PARTY REQUESTING NOTICE<br><br>COMM:  NOTICE ONLY |
| FOURSIGHT CAPITAL LLC<br>PO BOX 45026<br>SALT LAKE CITY, UT  84145 | $29,611.27 | UNSECURED CREDITOR<br>ACCT:  6191<br>COMM:  DEFICIENCY BALANCE FROM REPOSSESSION |
| BRAZORIA COUNTY<br>C/O MELISSA E VALDEZ<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>1235 NORTH LOOP WEST SUITE 600<br>HOUSTON, TX  77008 | $0.00 | PARTY REQUESTING NOTICE<br><br>COMM:  NOTICE ONLY |
| PORT FREEPORT<br>C/O MELISSA E VALDEZ<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>1235 NORTH LOOP WEST SUITE 600<br>HOUSTON, TX  77008 | $0.00 | PARTY REQUESTING NOTICE<br><br>COMM:  NOTICE ONLY |
| SPECIAL ROAD & BRIDGE DISTRICT<br>C/O MELISSA E VALDEZ<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>1235 NORTH LOOP WEST SUITE 600<br>HOUSTON, TX  77008 | $0.00 | PARTY REQUESTING NOTICE<br><br>COMM:  NOTICE ONLY |
| ANGLETON-DANBURY HOSPITAL DISTRICT<br>C/O MELISSA E VALDEZ<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>1235 NORTH LOOP WEST SUITE 600<br>HOUSTON, TX  77008 | $0.00 | PARTY REQUESTING NOTICE<br><br>COMM:  NOTICE ONLY |

CASE NO.  22-32463-H1   Maribel Soto

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ANGLETON DRAINAGE DISTRICT<br>C/O MELISSA E VALDEZ<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>1235 NORTH LOOP WEST SUITE 600<br>HOUSTON, TX  77008 | $0.00 | PARTY REQUESTING NOTICE<br><br>COMM:  NOTICE ONLY |
| ANGLETON INDEPENDENT SCHOOL DISTRICT<br>C/O MELISSA E VALDEZ<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>1235 NORTH LOOP WEST SUITE 600<br>HOUSTON, TX  77008 | $0.00 | PARTY REQUESTING NOTICE<br><br>COMM:  NOTICE ONLY |
| CITY OF ANGLETON<br>C/O MELISSA E VALDEZ<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>1235 NORTH LOOP WEST SUITE 600<br>HOUSTON, TX  77008 | $0.00 | PARTY REQUESTING NOTICE<br><br>COMM:  NOTICE ONLY |
| GHIDOTTI BERGER LLP<br>JENNINE Y HOVELL-COX ESQ<br>9720 COIT ROAD SUITE 220-228<br>PLANO, TX  75025 | $0.00 | PARTY REQUESTING NOTICE<br><br>COMM:  NOTICE ONLY |
| PENDRICK CAPITAL PARTNERS II, LLC<br>PENDRICK CAPITAL PARTNERS, LLC<br>C/O PERITUS PORTFOLIO SERVICES II, LLC<br>PO BOX 141419<br>IRVING, TX  75014-1419 | $2,055.00 | UNSECURED CREDITOR<br>ACCT:  2679<br>COMM:  MEDICAL SERVICES (BRAZOS RIVER EMERG PHYS PLLC) |
| PENDRICK CAPITAL PARTNERS II, LLC<br>PENDRICK CAPITAL PARTNERS, LLC<br>C/O PERITUS PORTFOLIO SERVICES II, LLC<br>PO BOX 141419<br>IRVING, TX  75014-1419 | $252.47 | UNSECURED CREDITOR<br>ACCT:  2678<br>COMM:  MEDICAL SERVICES (BRAZOS RIVER EMERG PHYS PLLC) |
| QUANTUM3 GROUP LLC<br>PO BOX 2489<br>KIRKLAND, WA  98083 | $899.16 | TO BE PAID OUTSIDE THE PLAN<br>ACCT:  3740<br>COMM:  LEASE - HOUSEHOLD GOODS (PER MR. PEAKE P/O) |

CASE NO.  22-32463-H1   Maribel Soto

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ASHLEY FUNDING SERVICES, LLC<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC  29603 | $44.09 | UNSECURED CREDITOR<br>ACCT:  2320<br>COMM:  MEDICAL (LAB CORP) |
| ASHLEY FUNDING SERVICES, LLC<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC  29603 | $21.33 | UNSECURED CREDITOR<br>ACCT:  3220<br>COMM:  MEDICAL (LAB CORP) |
| ASHLEY FUNDING SERVICES, LLC<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC  29603 | $35.61 | UNSECURED CREDITOR<br>ACCT:  1180<br>COMM:  MEDICAL (LAB CORP) |
| ASHLEY FUNDING SERVICES, LLC<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC  29603 | $445.34 | UNSECURED CREDITOR<br>ACCT:  7780<br>COMM:  MEDICAL (LAB CORP) |
| ASHLEY FUNDING SERVICES, LLC<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC  29603 | $28.93 | UNSECURED CREDITOR<br>ACCT:  5800<br>COMM:  MEDICAL (LAB CORP) |
| PACK LAW, P. C.<br>MARTIN LEE PACK<br>13831 NORTHWEST FREEWAY<br>SUITE 400<br>HOUSTON, TX  77040 | $1,425.00 | ATTORNEY FEES<br>COMM:  FFA S/O 8/29/22 (FUTURE FIXED FEES) (-CLM #35)(-CLM #36) |
| PACK LAW, P. C.<br>MARTIN LEE PACK<br>13831 NORTHWEST FREEWAY<br>SUITE 400<br>HOUSTON, TX  77040 | $275.00 | ATTORNEY FEES<br>COMM: FFA S/O 8/29/22; MTD DKT #41 |
| PACK LAW, P. C.<br>MARTIN LEE PACK<br>13831 NORTHWEST FREEWAY<br>SUITE 400<br>HOUSTON, TX  77040 | $300.00 | ATTORNEY FEES<br>COMM:  FFA S/O 8/29/22; MPC DKT #44 |

CASE NO.  22-32463-H1   Maribel Soto

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| CONN'S APPLIANCES CORP DBA CONN'S<br>c/o BECKET & LEE LLP<br>PO BOX 3002<br>DEPT CONN'S<br>MALVERN, PA  19355-1245 | $3,558.89 | UNSECURED CREDITOR<br>ACCT:  5070<br>COMM:  TV-MONEY LOANED-SPLIT<br>CLM -SEE #7 |
| **TOTAL:** | $70,286.69 | |

CASE NO.  22-32463-H1   Maribel Soto

A NOTICE HAS BEEN SENT ON THIS DATE TO EACH CREDITOR SHOWN ABOVE, ADVISING EACH CREDITOR OF THE INFORMATION CONTAINED IN THIS NOTICE.  ALL CREDITORS HAVE BEEN ADVISED TO CONTACT THE TRUSTEE IF THE CREDITOR DISAGREES WITH THE INFORMATION CONTAINED ON THIS NOTICE.  A COPY OF THIS NOTICE HAS ALSO BEEN SENT TO THE DEBTOR, DEBTOR'S COUNSEL AND THE UNITED STATES TRUSTEE.

NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN REQUEST FOR HEARING IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT WITHIN TWENTY ONE (21) DAYS FROM THE DATE OF SERVICE HEREOF, UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH REQUEST FOR HEARING.

IF NO HEARING ON THIS NOTICE IS TIMELY REQUESTED, THE TRUSTEE'S ACTION SHALL BE DEEMED TO BE UNOPPOSED PURSUANT TO 11 U.S.C. SEC. 101(1)(B).  IF YOU REQUEST A HEARING, YOU MUST SERVE A COPY OF YOUR REQUEST FOR HEARING ON THE TRUSTEE, THE DEBTOR, AND AFFECTED CREDITOR.

WHEREFORE, your Trustee prays that those claims which have been filed be deemed allowed as shown above for the purpose of distribution pursuant to the confirmed plan and other orders of this Court, and that any objection to claim not filed within twenty days after service hereof be barred.

DATED: November 16, 2023

/s./ David G. Peake

DAVID G. PEAKE, TRUSTEE
ADMISSIONS ID NO. 15679500
9660 HILLCROFT, STE 430
HOUSTON, TX  77096
(713)283-5400

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Chapter 13 Trustee's Notice of Intent to Pay Claims has been served on the listed parties by mailing a copy of same to the address listed above via first class mail November 21, 2023.

Electronically signed by
David G. Peake, Chapter 13 Trustee